IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DOROTHY ROBINSON, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:19-cv-00514-O |
| AMAZON FULFILLMENT, | § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* FCR, ECF No. 7. The Magistrate Judge recommended this Court deny Plaintiff's Motion to Proceed in Forma Pauperis. *See id*. Plaintiff timely filed objections. Pl.'s Obj., ECF No. 8. The District Court conducts a *de novo* review of the portions of the FCR to which a party objects.

The Magistrate Judge found that Plaintiff has sufficient resources to pay the applicable fees because she receives $2,440 in monthly income and lists no dependents. FCR 1, ECF No. 7. Plaintiff filed objections, however, she does not address the in forma pauperis issue at all. Instead, her "objections" appear to address the merits of her complaint. Therefore, the Court **OVERRULES** Plaintiff's Objections (ECF No. 8) and **ACCEPTS** the Findings, Conclusion, and Recommendation of the Magistrate Judge (ECF No. 7). Accordingly, Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 3) is **DENIED.** Plaintiff's Complaint will be subject to

dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays the full filing and administrative fees within seven (7) days of this order.

**SO ORDERED** on this **16th day** of **July, 2019.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**